*York* (225 App. Div. 606; revd. on another point, 251 N. Y. 417). . All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

WILLIAM A. REARDON, Respondent, v. THE OLYMPIC THEATRE CORPORATION and Others, Defendants, and BRAYTON W. WOOD and Another, Appellants.— Judgment and order reversed on the law and a new trial granted, with costs to the appellants to abide the event on the ground that prejudicial errors occurred: 1. In the refusal to charge the final request of defendant. (*New York Life Insurance Company* v. *Casey*, 178 N. Y. 381.) (See *Germania Life Insurance Company* v. *Casey*, 98 App. Div. 88; affd., 184 N. Y. 554.) 2. In the refusal to leave to the jury the question of the sufficiency of the notice of dishonor. (*Latham* v. *Sheff*, 193 App. Div. 576; *Union Bank* v. *Deshel*, 139 id. 217.) (See *Cuming* v. *Roderick*, 28 id. 253; affd., 167 N. Y. 571.) All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

AUGUST BURST, Respondent, v. NEWTON L. HUBBARD, JR., and ERWIN S. HUBBARD, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event on the ground that the cause of action arose in Wyoming county and the only witnesses suggested in the papers as being able to testify on the issues arising on the pleadings live in that county. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Application for the Appointment of a Committee of the Person and Property of J. H. CHRISTIAN GERLACH, an Alleged Incompetent Person.— Order reversed on the law and facts, with ten dollars costs and disbursements, and petition dismissed, without costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

LAWRENCE P. WALSH, Respondent, v. PATRICK J. KIELY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur, except Sears, P. J., and Crosby, J., who dissent and vote for reversal on the principles stated in the opinion in *Caskie* v. *International Railway Company* (*No. 2*) (230 App. Div. 591), decided by this court November 12, 1930. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

JOSEPHINE ARCARA, Respondent, v. MARIO MORESSE, Appellant, and SALVATORE BARONE, Defendant.— Judgment reversed as to the defendant Moresse on the law and facts, and a new trial granted, with costs to the appellant to abide the event upon the grounds stated in the *per curiam* memorandum handed down in the case of *Arcara* v. *Moresse* (*ante*, p. 873), decided herewith. All concur, except Taylor, J., who dissents and votes for affirmance upon the ground stated by him in the decision of the case of *Arcara* v. *Moresse* (*supra*). Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

PHILIP ARCARA, Respondent, v. MARIO MORESSE, Appellant, and SALVATORE BARONE, Defendant.— Judgment reversed as to the defendant Moresse on the law and facts, and a new trial granted, with costs to the appellant to abide the event, upon the grounds stated in the *per curiam* memorandum handed down in the case of *Arcara* v. *Moresse* (*ante*, p. 873), decided herewith. All concur, except Taylor, J., who dissents and votes for affirmance upon the ground stated by him in the decision of the case of *Arcara* v. *Moresse* (*supra*). Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CHARLES E. RICE, as Administrator, etc., of KENNETH M. RICE, Deceased,